NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WAZEE STREET OPPORTUNITIES FUND IV LP, DOUGLAS WHITLEY, LISA A. BROWN, On Behalf of Themselves and All Others Similarly Situated, WAZEE STREET OPPORTUNITIES FUND V LP,**

*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2024-1378

---

Appeal from the United States Court of Federal Claims in No. 1:18-cv-01124-MMS, Senior Judge Margaret M. Sweeney.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2          WAZEE STREET OPPORTUNITIES FUND IV LP V. US

(2)  Each side shall bear their own costs.


FOR THE COURT


May 28, 2024                          Jarrett B. Perlow
Date                                 Clerk of Court


**ISSUED AS A MANDATE:** May 28, 2024